UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
EICHENBERG, JASON THOMAS  
EICHENBERG, MARIA  

Case No.: 16-27479-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on November 29, 2016 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 115 8TH STREET, WEST DEPTFORD NJ 08086-3053<br>(FMV $145,000) |
|---|---|

| Liens on property: | $176,035 Round Point Mortgage |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:         Andrew Sklar, Chapter 7 Trustee

Address:      1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 16-27479-JNP
Jason Thomas Eichenberg                                     Chapter 7
Maria Eichenberg
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2               Date Rcvd: Oct 26, 2016
                              Form ID: pdf905          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
db/jdb         Jason Thomas Eichenberg,    Maria Eichenberg,    115 8th Street,    West Deptford, NJ  08086-3053
cr            +ROUNDPOINT MORTGAGE SERVICING CORPORATION,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516387818      Bank of America, N.A.,    Bankruptcy Department,    NC4-105-02-99,    PO Box 26012,
                Greensboro, NC 27420-6012
516387819      Capital One,   PO Box 71083,    Charlotte, NC 28272-1083
516387820     +Capital One Auto Finance,    CB Disputes Team,    PO Box 259407,    Plano, TX 75025-9407
516387821     +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
516387822     +Comenity Bank,    PO Box 182125,    Columbus, OH 43218-2125
516387823    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services,    Attn Bankruptcy/Correspondence,
                PO Box 81577,    Austin, TX 78708-1577)
516387827      MOHELA Dept of Ed,    633 Spirit Drive,    Chesterfield, MO 63005-1243
516387826     +Macys Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
516387828      Navient Solutions Inc.,    Department of Education Loan Services,    PO Box 9635,
                Wilkes-Barre, PA 18773-9635
516387829      RoundPoint Mortgage Servicing Corp,    PO Box 19409,    Charlotte, NC 28219-9409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2016 21:19:54     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2016 21:19:54     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516387817      E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 26 2016 21:19:55     American Honda Finance Corp,
                PO Box 168088,    Irving, TX 75016-8088
516410298     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 26 2016 21:18:10
                Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                Irving, TX 75016-5028
516387824      E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2016 21:17:46     JC Penney Synchrony Bank,
                Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
516387825      E-mail/Text: camanagement@mtb.com Oct 26 2016 21:19:52     M&T Bank,   PO Box 840,
                Buffalo, NY 14240
516387830     +E-mail/Text: bankruptcy@southjerseyfcu.com Oct 26 2016 21:19:54
                South Jersey Federal Credit Union,    1615 Hurffville Road,    PO Box 5530,
                Deptford, NJ 08096-0530
516390144      E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2016 21:17:48     Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +South Jersey Federal Credit Union,    1615 Hurffville Road,    PO Box 5530,
                Deptford, NJ 08096-0530
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin              Page 2 of 2               Date Rcvd: Oct 26, 2016
                               Form ID: pdf905          Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2016 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com,
               NJ43@ecfcbis.com;heather@sklarlaw.com;sklar@remote7solutions.com
              Denise E. Carlon    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Francis   Landgrebe    on behalf of Joint Debtor Maria   Eichenberg flandgrebe@verizon.net
              Francis   Landgrebe    on behalf of Debtor Jason Thomas Eichenberg flandgrebe@verizon.net
              Robert J. Malloy    on behalf of Creditor    South Jersey Federal Credit Union
               ecf.rjmalloylaw@gmail.com
                                                                                             TOTAL: 5
```