Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−27479−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jason Thomas Eichenberg
115 8th Street
West Deptford, NJ 08086−3053

Maria Eichenberg
aka Maria Foglia
115 8th Street
West Deptford, NJ 08086−3053

Social Security No.:
   xxx−xx−4191                                            xxx−xx−5948

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

   Chapter 7: [60 days from the first date set for your Meeting of Creditors.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: December 5, 2016
JJW: admi

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jason Thomas Eichenberg  
Maria Eichenberg  
    Debtors

Case No. 16-27479-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 05, 2016  
                       Form ID: finmgtc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.  
db/jdb      Jason Thomas Eichenberg,    Maria Eichenberg,    115 8th Street,    West Deptford, NJ   08086-3053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg      E-mail/Text: usanj.njbankr@usdoj.gov Dec 05 2016 23:18:03     U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534  
smg      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 05 2016 23:17:58     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                                                         TOTAL: 2

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2016 at the address(es) listed below:  
       Andrew Sklar     andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com;sklar@remote7solutions.com  
       Denise E. Carlon    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Francis Landgrebe    on behalf of Joint Debtor Maria Eichenberg flandgrebe@verizon.net  
       Francis Landgrebe    on behalf of Debtor Jason Thomas Eichenberg flandgrebe@verizon.net  
       Robert J. Malloy    on behalf of Creditor    South Jersey Federal Credit Union ecf.rjmalloylaw@gmail.com  
                                                                                                       TOTAL: 5