**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jason Thomas Eichenberg** | Social Security number or ITIN  **xxx–xx–4191** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Maria Eichenberg** | Social Security number or ITIN  **xxx–xx–5948** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of New Jersey** | | |
| Case number:  **16–27479–JNP** | | |

# Order of Discharge                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jason Thomas Eichenberg               Maria Eichenberg
                                                              aka Maria Foglia

12/23/16                                                  **By the court:**  Jerrold N. Poslusny Jr.
                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                Case No. 16-27479-JNP
Jason Thomas Eichenberg                                               Chapter 7
Maria Eichenberg
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                Page 1 of 2         Date Rcvd: Dec 23, 2016
                               Form ID: 318               Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2016.
db/jdb        Jason Thomas Eichenberg,   Maria Eichenberg,   115 8th Street,   West Deptford, NJ 08086-3053
cr           +ROUNDPOINT MORTGAGE SERVICING CORPORATION,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516387820    +Capital One Auto Finance,   CB Disputes Team,   PO Box 259407,   Plano, TX 75025-9407
516387827     MOHELA Dept of Ed,   633 Spirit Drive,   Chesterfield, MO 63005-1243
516387828     Navient Solutions Inc.,   Department of Education Loan Services,   PO Box 9635,
               Wilkes-Barre, PA 18773-9635
516387829     RoundPoint Mortgage Servicing Corp,    PO Box 19409,   Charlotte, NC 28219-9409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 23 2016 22:37:59     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 23 2016 22:37:55     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr           +EDI: AISACG.COM Dec 23 2016 22:28:00     Capital One Auto Finance, a division of Capital On,
               Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 23 2016 22:34:18
               Capital One Auto Finance, a division of Capital On,   Ascension Capital Group,
               P.O. Box 165028,   Irving, TX 75016-5028
516559087    +E-mail/Text: mary.stewart@abcofcu.org Dec 23 2016 22:38:59     ABCO Federal Credit Union,
               PO Box 247,   Rancocas, NJ 08073-0247
516387817     EDI: HNDA.COM Dec 23 2016 22:28:00     American Honda Finance Corp,   PO Box 168088,
               Irving, TX 75016-8088
516387818     EDI: BANKAMER.COM Dec 23 2016 22:28:00     Bank of America, N.A.,   Bankruptcy Department,
               NC4-105-02-99,   PO Box 26012,   Greensboro, NC 27420-6012
516387819     EDI: CAPITALONE.COM Dec 23 2016 22:28:00     Capital One,   PO Box 71083,
               Charlotte, NC 28272-1083
516410298    +EDI: AISACG.COM Dec 23 2016 22:28:00     Capital One Auto Finance,
               c/o Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028
516410298    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 23 2016 22:34:29
               Capital One Auto Finance,   c/o Ascension Capital Group,   P.O. Box 165028,
               Irving, TX 75016-5028
516387821    +EDI: CITICORP.COM Dec 23 2016 22:28:00     Citibank, N.A.,   701 East 60th Street North,
               Sioux Falls, SD 57104-0493
516387822    +EDI: WFNNB.COM Dec 23 2016 22:28:00     Comenity Bank,   PO Box 182125,
               Columbus, OH 43218-2125
516387823     EDI: RCSDELL.COM Dec 23 2016 22:28:00     Dell Financial Services,
               Attn Bankruptcy/Correspondence,   PO Box 81577,   Austin, TX 78708-1577
516387824     EDI: RMSC.COM Dec 23 2016 22:28:00     JC Penney Synchrony Bank,   Bankruptcy Department,
               PO Box 965060,   Orlando, FL 32896-5060
516387825     E-mail/Text: camanagement@mtb.com Dec 23 2016 22:37:44     M&T Bank,   PO Box 840,
               Buffalo, NY 14240
516387826    +EDI: TSYS2.COM Dec 23 2016 22:28:00     Macys Bankruptcy Processing,   PO Box 8053,
               Mason, OH 45040-8053
516387830    +E-mail/Text: bankruptcy@southjerseyfcu.com Dec 23 2016 22:37:57
               South Jersey Federal Credit Union,   1615 Hurffville Road,   PO Box 5530,
               Deptford, NJ 08096-0530
516390144     EDI: RMSC.COM Dec 23 2016 22:28:00     Synchrony Bank,
               c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +South Jersey Federal Credit Union,   1615 Hurffville Road,   PO Box 5530,
               Deptford, NJ 08096-0530
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin               Page 2 of 2               Date Rcvd: Dec 23, 2016
                              Form ID: 318              Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2016 at the address(es) listed below:
          Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
          Denise E. Carlon    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Francis   Landgrebe    on behalf of Joint Debtor Maria   Eichenberg flandgrebe@verizon.net
          Francis   Landgrebe    on behalf of Debtor Jason Thomas Eichenberg flandgrebe@verizon.net
          Robert J. Malloy    on behalf of Creditor    South Jersey Federal Credit Union
           ecf.rjmalloylaw@gmail.com
                                                                                          TOTAL: 5
```